AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, as subrogee of Prodigem, LLC<br><br>*Plaintiff(s)*<br>v.<br>TRIANGLE F CONSTRUCTION, LLC<br><br>*Defendant(s)* | Civil Action No.  1:14-CV-00405<br><br>**COPY** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRIANGLE CONSTRUCTION, LLC
    4226 NORTH CHINA ROAD
    BEAUMONT, TEXAS  77713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James D. Dendinger
    Cozen O'Connor
    1717 Main Street, Suite 3400
    Dallas, Texas  75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    08/07/2014

*David Maloney*

*Signature of Clerk or Deputy Clerk*