IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, as subrogee of Prodigem, LLC. <br> Plaintiff, <br><br> v. <br><br> TRIANGLE F CONSTRUCTION, LLC., <br><br><br> Defendant. | CIVIL ACTION No. 1:14-cv-00405 <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court having reviewed and considered Plaintiff's Motion to Dismiss without Prejudice and for good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff EVEREST NATIONAL INSURANCE COMPANY, as subrogee of Prodigem, LLC's Motion is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all such claims and causes of action against Defendant **TRIANGLE F CONSTRUCTION, LLC** are hereby dismissed without prejudice.

_____   _____
DATE                                        JUDGE PRESIDING