IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, as Subrogee of Prodigem, LLC | § § § | |
| | § | CIVIL ACTION NO. 14-CV-00405 |
| Plaintiff | § | |
| | § | JURY TRIAL DEMANDED |
| vs. | § | |
| | § | |
| TRIANGLE F CONSTRUCTION, LLC | § | |
| | § | |
| Defendant | § | |

## ORDER DESIGNATING JOHN DOE A RESPONSIBLE THIRD PARTY

ON THIS DAY came on to be heard Defendant TRIANGLE F CONSTRUCTION, LLC's Motion to Designate JOHN DOE as a Responsible Third Party.  After reviewing the Motion, along with any responses thereto, the Court finds that Defendant's Motion is meritorious.  It is therefore

ORDERED that Defendant's Motion to Designate JOHN DOE as a Responsible Third Party is in all things granted.  It is further

ORDERED that the negligence or other culpable conduct, if any, of JOHN DOE shall be submitted to the trier of fact for the purpose of apportioning responsibility.

SIGNED this _____ day of _____, 2014.


_____
JUDGE PRESIDING