\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, as subrogee of Prodigem, LLC | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION No. 1-14-CV-405 JUDGE RON CLARK |
| TRIANGLE F CONSTRUCTION, LLC | § § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL

Before the court is the Plaintiff's Motion to Dismiss Without Prejudice. [Doc. # 3]. Plaintiff seeks a dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The court is of the opinion that it should grant this motion. IT IS THEREFORE ORDERED that the Plaintiff's Motion to Dismiss Without Prejudice [Doc. # 3] is GRANTED, this case is DISMISSED WITHOUT PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **17** day of **September, 2014.**

_____
Ron Clark, United States District Judge